IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-02919-PAB-MEH | Date:   April 16, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| AMERICAN PRODUCE, LLC, | Randal Jason Read (by phone) |
| | Eileen Lerman |
| Plaintiff, | |
| vs. | |
| FELIX RIVERA VARGAS, a/k/a Felix Rivera, JOHN M. LUNA, and RICARDO FELIX RIVERA, a/k/a Ricardo Felix, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     10:22 a.m.

Court calls case.  Appearances of counsel.  Also present: Kim Lomas.

Discussion regarding a notice of bankruptcy filing as to Ricardo Felix Rivera and service on Felix Rivera Vargas and John M. Luna.

Argument and discussion regarding Plaintiff's Motion for Entry of Default Judgment by Court Against Defendants John M. Luna and Ricardo Felix Rivera a/k/a Ricardo Felix (Doc. #17, filed 2/26/12).  Exhibits 1 through 8, attachments to the motion, are admitted.

**ORDERED:**   The Court takes Plaintiff's Motion for Entry of Default Judgment by Court Against Defendants John M. Luna and Ricardo Felix Rivera a/k/a Ricardo Felix (Doc. #17, filed 2/26/12) under advisement.

Discussion regarding Plaintiff's Motion for Leave to Serve Defendant Felix Rivera Vargas a/k/a Felix Rivera by Substitute Service (Doc. #26, filed 3/7/12).  The Court will issue a written order on the motion.

**Court in recess:**      10:45 a.m.  (Hearing concluded)
**Total time in court:**   0:23